UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
SEP 08 2021
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. |
| ) | |
| KWAMAY ARMSTRONG, ) | 1:21-cr-0260 TWP-TAB |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
18 U.S.C. § 922(a)(6)
Making a False Statement during Purchase of a Firearm

On or about January 8, 2021, in Hamilton County, Indiana, within the Southern District of Indiana, KWAMAY ARMSTRONG, the defendant herein, in connection with the acquisition of a firearm, to wit: a Zastava Arms pistol, bearing serial number Z92-085310 from Shoot Point Blank, a licensed firearms dealer within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to Shoot Point Blank, which statement was intended and likely to deceive Shoot Point Blank, as to a material fact to the lawfulness of such acquisition of the said firearm(s) to the defendant under chapter 44 of Title 18, in that the defendant did falsely declare on an ATF Form 4473, Firearms Transaction Record, that her residence and address was 5865 Sebring Ct, Apt C, Indianapolis IN 46254. All in violation of Title 18, United States Code, Section 922(a)(6).

<u>COUNT 2</u>
18 U.S.C. § 924(a)(1)(A)
Making a False Statement with Respect to Information
Required to Be Kept by Licensed Firearms Dealers

On or about January 8, 2021, in Hamilton County, Indiana, within the Southern District of Indiana, the defendant, KWAMAY ARMSTRONG, the defendant herein, did knowingly make a false statement and representation to Shoot Point Blank, a licensed firearms dealer under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Shoot Point Blank, in that the defendant did falsely declare on an ATF Form 4473, Firearms Transaction Record, that her residence and address was 5865 Sebring Ct, Apt C, Indianapolis IN 46254. All in violation of Title 18, United States Code, Section 924(a)(1)(A).

## FORFEITURE ALLEGATION

1. The allegations contained in this indictment are realleged as if fully set forth herein, for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c).

2. If convicted of an offense set forth in this Indictment, Defendant herein shall forfeit to the United States any firearm or ammunition involved in or used in such offense.

A TRUE BILL:

JOHN E. CHILDRESS
Acting United States Attorney

By: _____
Lawrence D. Hilton
Assistant United States Attorney